UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) | No. 2:06-cr-00017-LJM-CMM |
| TODD M. JONES, | ) ) ) | |
| Defendant. | ) ) | |

## **ORDER ADOPTING REPORT AND RECOMMENDATION**

Having reviewed Magistrate Judge Craig M. McKee's Report and Recommendation that Todd M. Jones's supervised release be revoked, pursuant to Title 18 U.S.C. ' 3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. ' 3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of imprisonment of twelve (12) months and one (1) day, in the custody of the Attorney General followed by one (1) year of supervised release.

ORDERED this 14th day of October, 2014.

_____
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Todd Shellenbarger
U.S. Attorney's Office
todd.shellenbarger@usdoj.gov

Joe Cleary
Office of Indiana Federal Community Defender
joe.cleary@usdoj.gov

U. S. Parole and Probation

U. S. Marshal